UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __23-3596__   Case Manager: __Virginia Padgett__

Case Name: __Metron Nutraceuticals, LLC v. Christina Rahm Cook, et al.__

Is this case a cross appeal? ☐ Yes ☑ No
Has this case or a related one been before this court previously? ☐ Yes ☑ No
If yes, state:
   Case Name: _____   Citation: _____
   Was that case mediated through the court's program? ☐ Yes ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

Metron Nutraceuticals, LLC ("Metron") is taking this appeal against Christina Rahm Cook; Root Wellness, LLC; Clayton Thomas; Mark E. Adams, and Entox Solutions, LLC ("Defendants"). Metron appeals the trial court's July 18, 2023 Opinion and Order (ECF No. 171) granting Defendants' Motions for Summary Judgment; the trial court's July 18, 2023 Judgment Entry (ECF No. 172) dismissing the case; and the trial court's May 23, 2022 Opinion and Order (ECF No. 146) denying Metron's Motion for Civil Contempt and Renewed Motion for Preliminary Injunction (ECF No. 141). Metron anticipates raising the following issues in this appeal:

(1) Whether the trial court erred when it dismissed Metron's breach of contract claims by concluding that the Ohio Uniform Trade Secrets Act, O.R.C. 1333.61 et seq., preempted Metron's breach of contract claims. In the alternative, Metron requests that this Court issue a certification order to the Supreme Court of Ohio pursuant to S.Ct.Prac.R. 9.01 and 9.02 finding the existence of a determinative question of Ohio law.
(2) Whether the trial court erred when it dismissed Metron's claims under the Ohio Uniform Trade Secrets Act and concluded, as a matter of law, that no reasonable jury could conclude that Metron's unpublished patent application was not a trade secret and contained no trade secrets.
(3) Whether the trial court erred when it dismissed, as time-barred, Metron's claims under the Ohio Uniform Trade Secrets Act against Christina Rahm Cook and Clayton Thomas.
(4) Whether the trial court erred when it denied Metron's Motion for Civil Contempt and Renewed Motion for Preliminary Injunction.

This is to certify that a copy of this statement was served on opposing counsel of record this __3rd__ day of __August__, __2023__.

__Daniel A. Leister, Esq.__
Name of Counsel for Appellant